■ DANIEL BIVONA et al., Appellants, v NASSAU OPHTHALMIC SERVICES, P. C., Doing Business as STAHL EYE ASSOCIATES, et al., Respondents. [713 NYS2d 706] —In an action to recover damages for medical malpractice, the plaintiffs appeal from a judgment of the Supreme Court, Nassau County (Alpert, J.), entered May 8, 1999, which, upon a jury verdict, is in favor of the defendants and against them dismissing the complaint.

Ordered that the judgment is affirmed, with costs.

The cross-examination of the plaintiff Daniel Bivona was relevant to his ability to perceive and remember events and, thus, the Supreme Court providently exercised its discretion in allowing this testimony (*see, Murphy v Estate of Vece,* 173 AD2d 445, 446-447; *cf., People v Marsh,* 264 AD2d 647; *People v Billups,* 132 AD2d 612). In addition, the Supreme Court providently exercised its discretion in permitting the defendants to question the qualifications of the plaintiffs' expert witness on cross-examination (*see, Murphy v Estate of Vece, supra,* at 446).

The plaintiffs' remaining contentions are either without merit or do not require reversal. Santucci, J. P., S. Miller, McGinity and Smith, JJ., concur.